**EXHIBIT A**

1. Bruce Alexander
2. Carl Baker
3. Freeman Barrett
4. Karen Bays
5. Josh Boyd
6. Byron Brown
7. Ernest Brown
8. Tennie Brown
9. Tamaria Castilow
10. Devery Davis
11. Sherri Diggs
12. Bernard Ford
13. Thomas Foster
14. Daniel Gann
15. Clarissa Gantt
16. Reginald Gilmon
17. Doral Gray
18. Julian Gray
19. DeAndre Green
20. Valencia Greene
21. Porsche Griffin
22. DeMonesha Harris
23. Joy Hays
24. Justin Hubert
25. Clifton Humphrey
26. Irene Ijomah
27. Frank Jackson
28. Leroy Jackson
29. Jeremy Johnson
30. Tom Johnson
31. Tom Johnson
32. Deborah Jones
33. Blaze Kunkel
34. Charles Lightfoot
35. Burquitta Livingston
36. Angie B. Lopez
37. Osayuki Lyawe
38. Kathleen Malota
39. Christopher Marchiniak
40. Natasha Mathis
41. Lemarquel McGill
42. Erwin Michael
43. Pamela Morgan
44. Nicholas Mernan

45. Charles Murphy
46. Ikedichi Onokala
47. Meka Patterson
48. Chris Pinson
49. Mary Preston
50. Joseph Quintero
51. Ashley Ragston
52. Jermon Randolph
53. Crystal Robertson
54. Quinton Robinson
55. Shanedra Robinson
56. Kirby Rubin
57. Crystal Sims
58. Michael Slaton
59. Charles Taylor
60. Jammette Thompson
61. Sharon Thompson
62. Aldryan Wardell
63. Felicia Watson
64. Merletric Wheeler
65. Keenan Whitaker
66. Kendrick Whitaker
67. Gloria Williams
68. Tresha Williams